# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130809

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 130809
                                       COA: 266062
JEFFREY HARRY WOJTUSIK,          Jackson CC: 05-000498-FC
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

t0619

_____
Clerk